ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:23-CR-212-O

KYUNG HEO   (01)

## FACTUAL RÈSUMÈ

I. <u>Plea:</u>

The defendant is pleading guilty to Count One which charges Bank Robbery, in violation of 18 U.S.C. § 2113(a).

II. <u>Penalties:</u>

The penalties the Court can impose include:

a.  imprisonment for a period not to exceed twenty (20) years;

b.  a fine not to exceed two hundred fifty thousand dollars ($250,000), or twice the pecuniary gain to the defendant or loss to the victim(s), or both such fine and imprisonment;

c.  a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates the conditions of supervised release, the Court may revoke such release term and require that the defendant serve any or all of such term as an additional period of confinement. The effect of a revocation of a term of supervised release is to make the overall period of incarceration longer;

d.  a mandatory special assessment of $100;

**Factual Resume - Page 1**

      e.    restitution to victims or to the community, which may be mandatory under the law; Pursuant to 18 U.S.C. §§ 3663(a)(1), (3) and 3663A, the defendant agrees that restitution will not be limited to losses stemming from the offense of conviction alone, but will include the losses resulting from all of the bank robberies in which he was involved;

      f.    forfeiture of property; and

      g.    costs of incarceration and supervision.

III.    Elements of the Offense:

In order to establish the offense alleged in Court One, the government must prove the following elements beyond a reasonable doubt:

    First:    That on or about the date alleged in the Indictment the defendant intentionally took money from a person or presence of another;

    Second:    That the money belonged to a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); and

    Third:    That the defendant took the money by means of intimidation.

IV.    Stipulated Facts:

On or about June 6, 2022, in the Fort Worth Division of the Northern District of Texas, the defendant, Kyung Heo, did intentionally and knowingly by intimidation take from the person and presence of K.A, money belonging to and in the care, custody, control, management and possession of a bank, that is, the Ctizen's National Bank, 800 Santa Fe Drive Weatherford, Texas, the deposits of which were then insured the deposits of which were then insured by the Federal Deposit Insurance Association (FDIC) In violation of 18 U.S.C. § 2113(a).
On June 6, 2023, Heo entered the Citizen's National Bank located at 800 Santa Fe Drive Weatherford, Texas. Heo approached the teller counter, displayed a pellet gun and demanded money from bank teller, K.A.
K.A. activated the silent alarm. Tellers emptied their cash drawers onto the counter. Heo collected the money into a brown paper bag. Heo was subsequently apprehended with a brown paper bag in his possession that contained money from the bank.

During a post-*Miranda* interview, Heo admitted to officers that he robbed the above-describe bank. Heo admits that at times material to this Indictment, the accounts of the above-described bank were insured by the FDIC.

AGREED AND STIPULATED on this  14TH  day of  AUGUST , 2023.

_____  
KYUNG HEO  
Defendant

_____  
MICHAEL LEHMANN  
Counsel for Defendant