IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cr-0212-O |
| KYUNG HEO, | § | |
| Defendant. | § | |

## ORDER

Defendant seeks leave to file out of time objections to his PreSentence Investigation Report (the "Report") (ECF No. 27). He asserts the Report includes information about crimes not charged in this case, is seeking additional information, and requests permission to late-file objections to it. The Government opposes this request (ECF No. 29). It contends it has provided Defendant discovery related to these other offenses, Defendant seeks information it is not required to provide, and his request is couched in terms of a discovery request.

The Court does not read Defendant's Motion as a discovery motion. Instead, all that is requested is an extension of time to file objections beyond the October 26, 2023, deadline to file objections. Accordingly, that request is GRANTED. Defendant's objections to the Report are now due no later than November 17, 2023.

**SO ORDERED** on this **3rd day** of **November, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

- 1 -