1                  IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF TEXAS

3                       FORT WORTH DIVISION

4

5    UNITED STATES OF AMERICA, ) CASE NO. 4:23-CR-00212-O
                               )
6         Government,          ) FORT WORTH, TEXAS
                               )
7    VS.                       ) JANUARY 19, 2024
                               )
8    KYUNG HEO,                )
                               )
9         Defendant.           ) 10:05 A.M.

10

11                       VOLUME 1 OF 1
                    TRANSCRIPT OF SENTENCING
12          BEFORE THE HONORABLE REED C. O'CONNOR
              UNITED STATES DISTRICT COURT JUDGE

13

14

15   A P P E A R A N C E S:

16   FOR THE GOVERNMENT: MS. LAURA MONTES
                         ASSISTANT U.S. ATTORNEY
17                       NORTHERN DISTRICT OF TEXAS
                         801 Cherry Street, Suite 1700
18                       Fort Worth, Texas  76102
                         Telephone:  817.252.5200

19

20   FOR THE DEFENDANT:  MR. MICHAEL LEHMANN
                         ASSISTANT FEDERAL PUBLIC DEFENDER
21                       NORTHERN DISTRICT OF TEXAS
                         819 Taylor Street, Room 9A10
22                       Fort Worth, Texas  76102
                         Telephone:  817.978.2753

23

24

25

1

2    COURT REPORTER:        ZOIE M. WILLIAMS, RMR, RDR, FCRR
                            United States Federal Court Reporter
3                           501 W. 10th Street
                            Fort Worth, Texas  76102
4                           zwilliams.rmr@gmail.com
                            Telephone:  817.850.6630
5

6

7

8         The above styled and numbered cause was reported by

9    computerized stenography and produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                           I N D E X

3

4    Ruling by the Court on Objections................05

5    Court's Tentative Findings.......................05

6    Statements on Sentencing

7        By Ms. Montes...............................06

8        By Mr. Lehmann..............................06

9        By the Defendant............................11

10        By Ms. Angie Chung.........................12

11    Sentence of the Court...........................13

12    Reporter's Certificate..........................16

13    Word Index......................................17

14

15

16

17

18

19

20

21

22

23

24

25

                  Zoie Williams, RMR, RDR, FCRR
                  United States District Court
                         817.850.6630

```
 1                      JANUARY 19, 2024

 2                            oOo

 3              P R O C E E D I N G S

 4              THE COURT:  I call now Case No. 4:23-CR-212.

 5              Counsel for the government is here.

 6              Counsel for the defendant is here.

 7              Sir, would you state your name for the record,

 8    please?

 9              THE DEFENDANT:  Kyung Heo.

10              THE COURT:  Thank you.  We are here to consider

11    the sentencing in your case.

12              Counsel, did you and your client receive a copy of

13    the presentence investigation report and the addendum.

14              MR. LEHMANN:  Yes, Your Honor.

15              THE COURT:  And did you review those documents

16    with your client?

17              MR. LEHMANN:  Yes, Your Honor.

18              THE COURT:  Did the government receive these as

19    well?

20              MS. MONTES:  Yes, Your Honor.

21              THE COURT:  So why wouldn't you agree to a Rule 20

22    transfer of this case?

23              MS. MONTES:  Judge, as a beginning matter, when we

24    reached out to the Eastern District, they indicated that the

25    stage of the investigation that they were in was very early,
```

 1    because of our arrest that identified him in those other

 2    robberies.  So they were just starting their investigation.

 3    Whereas, we were already running with our time line.

 4              So once they indicated that they were not

 5    agreeing, that sort of, in a way, stops our ability to do

 6    so.

 7              THE COURT:  So they did not agree to the Rule 20?

 8              MS. MONTES:  Correct.

 9              THE COURT:  It was them?

10              MS. MONTES:  Initially, yes, correct.  We

11    indicated we were not sure if we would agree or not, but

12    once they said they were not in a position to agree to a

13    Rule 20, then our hands were tied.  There's nothing we could

14    do.

15              THE COURT:  All right.  Do you wish to present any

16    evidence or arguments on your objections?

17              MR. LEHMANN:  No, Your Honor.

18              THE COURT:  Okay.  I'm going to overrule those

19    objections not already accepted by the addendum.

20              I'm going to adopt the fact findings in these

21    documents.  I'm going to adopt the probation officer's

22    conclusions as to the appropriate guideline calculations and

23    determine that they should be as follows:  Total offense

24    level of 24; Criminal History Category of II; an

25    imprisonment range of between 57 and 71 months; a supervised

1  release range of one to three years; and a fine range of

2  between 20,000 and $200,000.

3        Does the government wish to be heard on

4  sentencing?

5        MS. MONTES:  Judge, only briefly.  Just to add, in

6  our response to the sentencing memorandum, I did not include

7  in there that we were also not agreeing to any sort of

8  concurrent sentence.

9        And based on the case law, we don't believe the

10  Court can impose concurrent or consecutive sentence for an

11  anticipated, but not yet imposed federal sentence in another

12  federal court.  Other than that, we ask that a guideline

13  sentence be imposed in this case.

14        THE COURT:  Very good.  Thank you.

15        Counsel.

16        MR. LEHMANN:  Thank you, Your Honor.

17        Your Honor, we strongly urge the Court to downward

18  vary in this case.  Just over one week ago we received a

19  psychological evaluation from Dr. Kristi Compton, Forensic

20  Clinical Psychologist in DFW.  She's probably the most

21  credible psychologist that I've worked with in almost 20

22  years.

23        She found Mr. Heo has been suffering from both

24  schizophrenia and depression for some time.  She opined that

25  these mental health conditions had a significant impact on

1     his cognitive and emotional functioning and was a

2     contributing factor in him deciding to commit the offense.

3             Most importantly though, she found that his

4     prognosis could be significantly improved with medical

5     mental health intervention.

6             As the Court is well aware, Mr. Heo comes from a

7     loving, very supportive family.  As the character letters

8     reflect, he's got a long, well-chronicled history of being a

9     mentor in his church and being an emotional rock for his

10    family and friends.

11            In recent years, Mr. Heo began exhibiting odd

12    behaviors, impulse control problems.  The family immediately

13    noticed something was off.

14            When I met Mr. Heo, there was a certain

15    incongruency that met me right away.  On one hand, I met

16    this very mild-mannered, forthcoming, honest individual.  I

17    met his family who was very put together.  And then I just

18    read this charge that just didn't pair up.  So something was

19    clearly off.  One week ago, we just found out why, he had

20    been suffering from schizophrenia.

21            Mr. Heo and his family are still processing the

22    reality of the diagnosis.  On one hand, it's troubling to

23    learn that your loved one or yourself is suffering from a

24    mental illness.

25            On the other hand, there's a sense of relief.

1   Finally an explanation and a treatment plan and actually an

2   end in sight.  There's hope at the end of the tunnel.

3          Mr. Heo will not recidivate or be a risk for

4   recidivism once he is treated.  We know that he is treatable

5   based upon the opinion by Dr. Compton.

6          Unfortunately, we don't know when Mr. Heo is going

7   to get this treatment.  As the Court noted, upon the

8   sentence here today, there's already a hold in place out of

9   the Eastern District.  So he will be extradited to the Plano

10  Division for the Eastern District of Texas where he may

11  languish in a county jail without any mental health services

12  for a year, maybe a year and a half.

13         I don't how long their dockets run, but clearly

14  they don't run fast enough or adequately enough to give him

15  the mental health services that he needs.  That's probably

16  the most punitive aspect about all of this is that we know

17  what the cure is, but we simply can't give it to him.

18         So he may get worse over the pending year or year

19  and a half or however long it takes for him to get his BOP

20  designation.  Furthermore, we know that the Bureau of

21  Prisons has its own limitations.

22         We are going to ask the Court for a

23  recommendation, a non-binding order that Mr. Heo serve his

24  sentence at a Federal Medical Center.  But again, the BOP

25  does have its limitations.

1          We therefore ask the Court to consider a downward

2   variance.  We had filed an objection asking for a downward

3   departure, but we are going to reurge it as a variance.

4          Under the new sentencing guidelines, Section

5   4A1.3, a policy statement states that courts should consider

6   a downward departure.  Here we are urging it in the form of

7   a downward variance for a prior conviction for a simple

8   possession of marijuana.

9          That is one that does not exhibit any features

10  that would be consistent with distribution.  Such was the

11  case with Mr. Heo years ago in college.  I believe he

12  receives one criminal history point in paragraph No. 34 of

13  the presentence report.

14          If he were not to receive that criminal history

15  point, he would be one Criminal History Category over a

16  Criminal History Category I.

17          We therefore would urge the Court to consider

18  following the policy statement under 4A1.3 and consider

19  sentencing Mr. Heo at one criminal history category down.

20  That is from two to one, thereby reducing the guideline

21  range from 51 to 63 months.

22          We then would ask the Court to downward vary for

23  all of the reasons that we previously stated in the

24  sentencing memo and here today at argument.

25          We also urge the Court to order this sentence to

1    run concurrently with the yet unimposed sentence that will

2    come through the indictment that is pending in the Eastern

3    District of Texas.

4            We respectfully disagree with opposing counsel.

5    We do not believe that Setzer binds the Court.  On the

6    contrary, we believe that Setzer is silent as to the issue

7    as to whether or not one court can order its sentence to run

8    concurrently or consecutively with the yet-to-be-imposed

9    sentence in another district.

10           We ask this so that Mr. Heo can discharge from the

11   Bureau of Prisons as soon as possible.  Had these

12   prosecutions been coordinated, we would have a different

13   situation.

14           Yet, as it stands now, he's got to go start this

15   process all over again in a district that runs twice as

16   slowly as this division.

17           I hope that he gets competent counsel there.  I

18   hope that he gets a prosecutor who is sympathetic to the

19   plight that he faces for the mental health concerns and

20   needs and treatment that he deserves.

21           I hope that he doesn't get stacked or, you know,

22   face more punishment that is greater than necessary.  We

23   would just simply ask this Court to do what is in its power

24   to help effectuate those ends.  Thank you, Your Honor.

25           THE COURT:  Thank you.

1           Sir, do you wish to speak on your behalf?

2           THE DEFENDANT:  Yes, sir.  I would like to first

3    apologize.  Growing up I only come across as forms of candid

4    jokes between my friends at the high school, but when

5    something like my crime unfolded, it was no longer just

6    filled with hopeful and wild imaginations.  Rather, it

7    instilled intimidation.  And to put anyone into that

8    position was a horrible decision I made through my childish

9    act.

10          So I would like to take this opportunity to

11   apologize to the employees and also to the responding

12   officers.  I pray and hope that you all were and are able to

13   go back to living and working like normal, unaffected as

14   much as possible.  I'm sorry.

15          During the time between my arrest and today, I was

16   able to look back at my life and point out what may have led

17   me here.  The meetings and evaluations I have had with my

18   attorney, Mr. Lehmann, Mitigation Specialist Shay, and with

19   Dr. Compton, through that I was able to learn to accept that

20   I'm old enough and mature enough to stop having the same

21   greedy and overreaching thoughts from my childhood and to

22   find stability in life.

23          I have a very loving and supportive family to whom

24   I am very apologetic and overly grateful for and also make

25   sure to receive the proper treatment I need for my mental

1    health condition.

2            Again, I would like to say sorry and that I am

3    regretful and ashamed in the decisions I've made, and I ask

4    for mercy and forgiveness, as I'll do everything it takes to

5    never cross such a line.

6            THE COURT:  Thank you.

7            MR. LEHMANN:  Your Honor, my client's mother has

8    indicated that she would like to address the Court.  If she

9    could come up briefly?  Thank you.

10           THE COURT:  Ma'am, would you raise your hand to be

11   sworn, please.

12       (The oath was administered.)

13           MS. CHUNG:  I do.  My name is Angie Chung, and I'm

14   the mother of Kyung Heo.  Thank you, Your Honor, for giving

15   me this opportunity to speak.  I know you've read all our

16   letters.

17           But I traveled all the way from Illinois last

18   night to show in person Kyung Heo has our family support and

19   love, and we've been together, and be always by his side.

20           It's kind of sad.  He deeply regrets what he did,

21   and he knows what he did wrong.  But Kyung is still a kind

22   young person and the son that we all know.

23           I please ask Your Honor for your consideration for

24   leniency and allowing Kyung a chance to correct his actions.

25           I'm certain that Kyung is committed to making

1    amends and growing into a better and positive citizen.  I'm

2    so sure about that and confident.  Thank you.

3            THE COURT:  Thank you, ma'am.

4            All right.  I will now state the sentence

5    determined pursuant to Title 18 U.S.C., Section 3553.

6            I accept the plea agreement in this case.

7            It will be the judgment of the Court that the

8    defendant is committed to the custody of the Federal Bureau

9    of Prisons for a period of 57 months.

10           I do not order a fine.

11           I do order that the defendant make restitution --

12   that there is no restitution, I'm sorry.  The money has been

13   returned.

14           That the defendant pay a $100 mandatory special

15   assessment.

16           That, upon his release, he be placed on supervised

17   release for a term of three years.  While on release, he

18   shall comply with the terms of supervision set forth in

19   Miscellaneous Order No. 64 and as outlined in Part G of the

20   presentence report.

21           Is there any objection from the government to this

22   sentence?

23           MS. MONTES:  No, Your Honor.

24           THE COURT:  From the defendant?

25           MR. LEHMANN:  No, Your Honor.

14

```
 1              We would ask for two more housekeeping issues.
 2   First would be a recommendation that he participate in the
 3   Residential Drug Abuse Program.  And second, for a
 4   non-binding recommendation at FMC Fort Worth.
 5              THE COURT:  I will for sure recommend that he be
 6   able to participate in mental health treatment services in a
 7   facility that will accommodate that.  To the extent that
 8   facility is local, I will include my standard local
 9   placement.
10              MR. LEHMANN:  Thank you, Your Honor.
11              THE COURT:  Now, you have the right to appeal this
12   sentence.  You also have the right to apply for leave to
13   appeal in forma pauperis, if you are unable to pay the cost
14   of an appeal.
15              And if you decide to appeal, your notice must be
16   filed within 14 days.  Please instruct your counsel on how
17   you wish to proceed in that regard.
18              Please follow your client's instructions on that
19   issue.
20              Anything else from the government?
21              MS. MONTES:  No, Your Honor.
22              THE COURT:  Anything else from the defendant?
23              MR. LEHMANN:  No, Your Honor.
24              THE COURT:  Thank you both for being here.
25              Good luck to you, sir.
```

15

1            We are in recess.

2        (The proceedings concluded at 10:20 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                           REPORTER'S CERTIFICATE

3

4        I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that

5    the foregoing is a true and correct transcript from

6    the record of proceedings in the foregoing entitled

7    matter to the best of my ability to hear.

8        Further, due to the COVID-19 pandemic, some

9    participants are wearing masks, and/or appeared via

10   videoconferencing, so proceedings were transcribed to the

11   best of my ability.

12       I further certify that the transcript fees format

13   comply with those prescribed by the Court and the Judicial

14   Conference of the United States.

15       Signed this 21st day of February, 2024.

16

17                          ___/s/ Zoie Williams_____
                            Zoie Williams, RMR, RDR, FCRR
18                             Official Court Reporter
                            Northern District of Texas
19                             Fort Worth Division

20   Business Address:    501 W. 10th Street
                          Fort Worth, Texas 76102
21                        zwilliams.rmr@gmail.com
                          817.850.6630
22

23

24

25

MR. LEHMANN: [8]   4/14
4/17 5/17 6/16 12/7 13/25
14/10 14/23
MS. CHUNG: [1]   12/13
MS. MONTES: [7]   4/20
4/23 5/8 5/10 6/5 13/23
14/21
THE COURT: [19]
THE DEFENDANT: [2]
4/9 11/2

**$**
$100 [1]   13/14
$200,000 [1]   6/2

**/**
/s [1]   16/17

**1**
10:05 [1]   1/9
10:20 a.m [1]   15/2
10th [2]   2/3 16/20
14 [1]   14/16
1700 [1]   1/17
18 [1]   13/5
19 [3]   1/7 4/1 16/8

**2**
20 [4]   4/21 5/7 5/13 6/21
20,000 [1]   6/2
2024 [3]   1/7 4/1 16/15
212 [1]   4/4
21st [1]   16/15
24 [1]   5/24

**3**
34 [1]   9/12
3553 [1]   13/5

**4**
4:23-CR-00212-O [1]   1/5
4:23-CR-212 [1]   4/4
4A1.3 [2]   9/5 9/18

**5**
501 [2]   2/3 16/20
51 [1]   9/21
57 [2]   5/25 13/9

**6**
63 [1]   9/21
64 [1]   13/19

**7**
71 [1]   5/25
76102 [4]   1/18 1/22 2/3
16/20

**8**
801 [1]   1/17
817.252.5200 [1]   1/18
817.850.6630 [2]   2/4
16/21
817.978.2753 [1]   1/22
819 [1]   1/21

**9**
9A10 [1]   1/21

**A**
a.m [2]   1/9 15/2
ability [3]   5/5 16/7 16/11
able [4]   11/12 11/16 11/19
14/6
about [2]   8/16 13/2
above [1]   2/8
Abuse [1]   14/3
accept [2]   11/19 13/6
accepted [1]   5/19
accommodate [1]   14/7
across [1]   11/3
act [1]   11/9
actions [1]   12/24
actually [1]   8/1
add [1]   6/5
addendum [2]   4/13 5/19
address [2]   12/8 16/20
adequately [1]   8/14

administered [1]   12/12
adopt [2]   5/20 5/21
again [3]   8/24 10/15 12/2
ago [3]   6/18 7/19 9/11
agree [4]   4/21 5/7 5/11
5/12
agreeing [2]   5/5 6/7
agreement [1]   13/6
all [9]   5/15 8/16 9/23
10/15 11/12 12/15 12/17
12/22 13/4
allowing [1]   12/24
almost [1]   6/21
already [3]   5/3 5/19 8/8
also [5]   6/7 9/25 11/11
11/24 14/12
always [1]   12/19
am [2]   11/24 12/2
amends [1]   13/1
AMERICA [1]   1/5
Angie [2]   3/10 12/13
another [2]   6/11 10/9
anticipated [1]   6/11
any [5]   5/15 6/7 8/11 9/9
13/21
anyone [1]   11/7
Anything [2]   14/20 14/22
apologetic [1]   11/24
apologize [2]   11/3 11/11
appeal [4]   14/11 14/13
14/14 14/15
appeared [1]   16/9
apply [1]   14/12
appropriate [1]   5/22
are [9]   4/10 7/21 8/22 9/3
9/6 11/12 14/13 15/1 16/9
argument [1]   9/24
arguments [1]   5/16
arrest [2]   5/1 11/15
as [20]
ashamed [1]   12/3
ask [9]   6/12 8/22 9/1 9/22

## A

ask... **[5]**  10/10 10/23
  12/3 12/23 14/1
asking **[1]**  9/2
aspect **[1]**  8/16
assessment **[1]**  13/15
ASSISTANT **[2]**  1/16 1/20
at **[8]**  8/2 8/24 9/19 9/24
  11/4 11/16 14/4 15/2
attorney **[2]**  1/16 11/18
aware **[1]**  7/6
away **[1]**  7/15

## B

back **[2]**  11/13 11/16
based **[2]**  6/9 8/5
be **[16]**  5/23 6/3 6/13 7/4
  8/3 8/9 9/10 9/15 10/8
  12/10 12/19 13/7 13/16
  14/2 14/5 14/15
because **[1]**  5/1
been **[5]**  6/23 7/20 10/12
  12/19 13/12
BEFORE **[1]**  1/12
began **[1]**  7/11
beginning **[1]**  4/23
behalf **[1]**  11/1
behaviors **[1]**  7/12
being **[3]**  7/8 7/9 14/24
believe **[4]**  6/9 9/11 10/5
  10/6
best **[2]**  16/7 16/11
better **[1]**  13/1
between **[4]**  5/25 6/2 11/4
  11/15
binding **[2]**  8/23 14/4
binds **[1]**  10/5
BOP **[2]**  8/19 8/24
both **[2]**  6/23 14/24
briefly **[2]**  6/5 12/9
Bureau **[3]**  8/20 10/11 13/8
Business **[1]**  16/20

## C

but **[9]**  5/11 6/11 8/13 8/17
  8/24 9/5 11/4 12/17 12/21

calculations **[1]**  5/22
call **[1]**  4/4
can **[3]**  6/10 10/7 10/10
can't **[1]**  8/17
candid **[1]**  11/3
case **[9]**  1/5 4/4 4/11 4/22
  6/9 6/13 6/18 9/11 13/6
category **[4]**  5/24 9/15
  9/16 9/19
cause **[1]**  2/8
Center **[1]**  8/24
certain **[2]**  7/14 12/25
CERTIFICATE **[1]**  16/2
Certificate...................
.........16 **[1]**  3/12
certify **[2]**  16/4 16/12
chance **[1]**  12/24
character **[1]**  7/7
charge **[1]**  7/18
Cherry **[1]**  1/17
childhood **[1]**  11/21
childish **[1]**  11/8
chronicled **[1]**  7/8
Chung **[1]**  12/13
Chung..........................
...12 **[1]**  3/10
church **[1]**  7/9
citizen **[1]**  13/1
clearly **[2]**  7/19 8/13
client **[2]**  4/12 4/16
client's **[2]**  12/7 14/18
Clinical **[1]**  6/20
cognitive **[1]**  7/1
college **[1]**  9/11
come **[3]**  10/2 11/3 12/9
comes **[1]**  7/6
commit **[1]**  7/2
committed **[2]**  12/25 13/8
competent **[1]**  10/17

comply **[2]**  13/18 16/13
Compton **[3]**  6/19 8/5 11/19
computer **[1]**  2/9
computerized **[1]**  2/9
concerns **[1]**  10/19
concluded **[1]**  15/2
conclusions **[1]**  5/22
concurrent **[2]**  6/8 6/10
concurrently **[2]**  10/1 10/8
condition **[1]**  12/1
conditions **[1]**  6/25
Conference **[1]**  16/14
confident **[1]**  13/2
consecutive **[1]**  6/10
consecutively **[1]**  10/8
consider **[5]**  4/10 9/1 9/5
  9/17 9/18
consideration **[1]**  12/23
consistent **[1]**  9/10
contrary **[1]**  10/6
contributing **[1]**  7/2
control **[1]**  7/12
conviction **[1]**  9/7
coordinated **[1]**  10/12
copy **[1]**  4/12
correct **[4]**  5/8 5/10 12/24
  16/5
cost **[1]**  14/13
could **[3]**  5/13 7/4 12/9
counsel **[7]**  4/5 4/6 4/12
  6/15 10/4 10/17 14/16
county **[1]**  8/11
court **[22]**
Court's **[1]**  3/5
Court..........................
...13 **[1]**  3/11
courts **[1]**  9/5
COVID **[1]**  16/8
COVID-19 **[1]**  16/8
CR **[2]**  1/5 4/4
credible **[1]**  6/21
crime **[1]**  11/5

**C**

criminal **[6]** 5/24 9/12 9/14 9/15 9/16 9/19

cross **[1]** 12/5

cure **[1]** 8/17

custody **[1]** 13/8

**D**

day **[1]** 16/15

days **[1]** 14/16

decide **[1]** 14/15

deciding **[1]** 7/2

decision **[1]** 11/8

decisions **[1]** 12/3

deeply **[1]** 12/20

defendant **[8]** 1/9 1/20 4/6 13/8 13/11 13/14 13/24 14/22

Defendant...................
.........11 **[1]** 3/9

DEFENDER **[1]** 1/20

departure **[2]** 9/3 9/6

depression **[1]** 6/24

deserves **[1]** 10/20

designation **[1]** 8/20

determine **[1]** 5/23

determined **[1]** 13/5

DFW **[1]** 6/20

diagnosis **[1]** 7/22

did **[7]** 4/12 4/15 4/18 5/7 6/6 12/20 12/21

didn't **[1]** 7/18

different **[1]** 10/12

disagree **[1]** 10/4

discharge **[1]** 10/10

distribution **[1]** 9/10

district **[12]** 1/1 1/2 1/12 1/17 1/21 4/24 8/9 8/10 10/3 10/9 10/15 16/18

division **[4]** 1/3 8/10 10/16 16/19

do **[10]** 5/5 5/14 5/15 10/5 10/23 11/1 12/4 12/13 13/10 13/11

dockets **[1]** 8/13

documents **[2]** 4/15 5/21

does **[3]** 6/3 8/25 9/9

doesn't **[1]** 10/21

don't **[4]** 6/9 8/6 8/13 8/14

down **[1]** 9/19

downward **[6]** 6/17 9/1 9/2 9/6 9/7 9/22

Dr. **[3]** 6/19 8/5 11/19

Dr. Compton **[2]** 8/5 11/19

Dr. Kristi **[1]** 6/19

Drug **[1]** 14/3

due **[1]** 16/8

During **[1]** 11/15

**E**

early **[1]** 4/25

Eastern **[4]** 4/24 8/9 8/10 10/2

effectuate **[1]** 10/24

else **[2]** 14/20 14/22

emotional **[2]** 7/1 7/9

employees **[1]** 11/11

end **[2]** 8/2 8/2

ends **[1]** 10/24

enough **[4]** 8/14 8/14 11/20 11/20

entitled **[1]** 16/6

evaluation **[1]** 6/19

evaluations **[1]** 11/17

everything **[1]** 12/4

evidence **[1]** 5/16

exhibit **[1]** 9/9

exhibiting **[1]** 7/11

explanation **[1]** 8/1

extent **[1]** 14/7

extradited **[1]** 8/9

**F**

face **[1]** 10/22

faces **[1]** 10/19

facility **[2]** 14/7 14/8

fact **[1]** 5/20

factor **[1]** 7/2

family **[7]** 7/7 7/10 7/12 7/17 7/21 11/23 12/18

fast **[1]** 8/14

FCRR **[3]** 2/2 16/4 16/17

features **[1]** 9/9

February **[1]** 16/15

federal **[6]** 1/20 2/2 6/11 6/12 8/24 13/8

fees **[1]** 16/12

filed **[2]** 9/2 14/16

filled **[1]** 11/6

Finally **[1]** 8/1

find **[1]** 11/22

findings **[1]** 5/20

Findings.....................
.05 **[1]** 3/5

fine **[2]** 6/1 13/10

first **[2]** 11/2 14/2

FMC **[1]** 14/4

follow **[1]** 14/18

following **[1]** 9/18

follows **[1]** 5/23

foregoing **[2]** 16/5 16/6

Forensic **[1]** 6/19

forgiveness **[1]** 12/4

form **[1]** 9/6

forma **[1]** 14/13

format **[1]** 16/12

forms **[1]** 11/3

FORT **[8]** 1/3 1/6 1/18 1/22 2/3 14/4 16/19 16/20

forth **[1]** 13/18

forthcoming **[1]** 7/16

found **[3]** 6/23 7/3 7/19

friends **[2]** 7/10 11/4

functioning **[1]** 7/1

further **[2]** 16/8 16/12

Furthermore **[1]** 8/20

**G**

**get [4]** 8/7 8/18 8/19 10/21
**gets [2]** 10/17 10/18
**give [2]** 8/14 8/17
**giving [1]** 12/14
**gmail.com [2]** 2/4 16/21
**go [2]** 10/14 11/13
**going [6]** 5/18 5/20 5/21 8/6 8/22 9/3
**good [2]** 6/14 14/25
**got [2]** 7/8 10/14
**government [7]** 1/6 1/16 4/5 4/18 6/3 13/21 14/20
**grateful [1]** 11/24
**greater [1]** 10/22
**greedy [1]** 11/21
**growing [2]** 11/3 13/1
**guideline [3]** 5/22 6/12 9/20
**guidelines [1]** 9/4

**H**

**had [5]** 6/25 7/19 9/2 10/11 11/17
**half [2]** 8/12 8/19
**hand [4]** 7/15 7/22 7/25 12/10
**hands [1]** 5/13
**has [5]** 6/23 8/21 12/7 12/18 13/12
**have [7]** 8/25 10/12 11/16 11/17 11/23 14/11 14/12
**having [1]** 11/20
**he [23]**
**he's [2]** 7/8 10/14
**health [7]** 6/25 7/5 8/11 8/15 10/19 12/1 14/6
**hear [1]** 16/7
**heard [1]** 6/3
**help [1]** 10/24
**HEO [15]** 1/8 4/9 6/23

7/6 7/11 7/14 7/21 8/3 8/6 8/23 9/11 9/15 10/16 12/14 12/18
**here [8]** 4/5 4/6 4/10 8/8 9/6 9/24 11/17 14/24
**high [1]** 11/4
**him [5]** 5/1 7/2 8/14 8/17 8/19
**his [11]** 7/1 7/3 7/9 7/9 7/17 7/21 8/19 8/23 12/19 12/24 13/16
**history [7]** 5/24 7/8 9/12 9/14 9/15 9/16 9/19
**hold [1]** 8/8
**honest [1]** 7/16
**Honor [15]** 4/14 4/17 4/20 5/17 6/16 6/17 10/24 12/7 12/14 12/23 13/23 13/25 14/10 14/21 14/23
**HONORABLE [1]** 1/12
**hope [5]** 8/2 10/17 10/18 10/21 11/12
**hopeful [1]** 11/6
**horrible [1]** 11/8
**housekeeping [1]** 14/1
**how [2]** 8/13 14/16
**however [1]** 8/19

**I**

**I'll [1]** 12/4
**I'm [9]** 5/18 5/20 5/21 11/14 11/20 12/13 12/25 13/1 13/12
**I've [2]** 6/21 12/3
**identified [1]** 5/1
**if [5]** 5/11 9/14 12/8 14/13 14/15
**II [1]** 5/24
**Illinois [1]** 12/17
**illness [1]** 7/24
**imaginations [1]** 11/6
**immediately [1]** 7/12
**impact [1]** 6/25

**importantly [1]** 7/3
**impose [1]** 6/10
**imposed [3]** 6/11 6/13 10/8
**imprisonment [1]** 5/25
**improved [1]** 7/4
**impulse [1]** 7/12
**in [41]**
**include [2]** 6/6 14/8
**incongruency [1]** 7/15
**Index...........................................17 [1]** 3/13
**indicated [4]** 4/24 5/4 5/11 12/8
**indictment [1]** 10/2
**individual [1]** 7/16
**Initially [1]** 5/10
**instilled [1]** 11/7
**instruct [1]** 14/16
**instructions [1]** 14/18
**intervention [1]** 7/5
**intimidation [1]** 11/7
**into [2]** 11/7 13/1
**investigation [3]** 4/13 4/25 5/2
**is [24]**
**issue [2]** 10/6 14/19
**issues [1]** 14/1
**it [10]** 5/9 8/17 8/19 9/3 9/6 10/14 11/5 11/6 12/4 13/7
**it's [2]** 7/22 12/20
**its [4]** 8/21 8/25 10/7 10/23

**J**

**jail [1]** 8/11
**JANUARY [2]** 1/7 3/15
**jokes [1]** 11/4
**JUDGE [3]** 1/12 4/23 6/5
**judgment [1]** 13/7
**Judicial [1]** 16/13
**just [8]** 5/2 6/5 6/18 7/17 7/18 7/19 10/23 11/5

## K

**kind [2]** 12/20 12/21
**know [7]** 8/4 8/6 8/16 8/20 10/12 12/15 12/22
**knows [1]** 12/21
**Kristi [1]** 6/19
**KYUNG [7]** 1/8 4/9 12/14 12/18 12/21 12/24 12/25

## L

**languish [1]** 8/11
**last [1]** 12/17
**LAURA [1]** 1/16
**law [1]** 6/9
**learn [2]** 7/23 11/19
**leave [1]** 14/12
**led [1]** 11/16
**LEHMANN [2]** 1/20 11/18
**Lehmann.....................
.........06 [1]** 3/8
**leniency [1]** 12/24
**letters [2]** 7/7 12/16
**level [1]** 5/24
**life [2]** 11/16 11/22
**like [6]** 11/2 11/5 11/10 11/13 12/2 12/8
**limitations [2]** 8/21 8/25
**line [2]** 5/3 12/5
**living [1]** 11/13
**local [2]** 14/8 14/8
**long [3]** 7/8 8/13 8/19
**longer [1]** 11/5
**look [1]** 11/16
**love [1]** 12/19
**loved [1]** 7/23
**loving [2]** 7/7 11/23
**luck [1]** 14/25

## M

**ma'am [2]** 12/10 13/3
**made [2]** 11/8 12/3
**make [2]** 11/24 13/11
**making [1]** 12/25

**mandatory [1]** 13/14
**mannered [1]** 7/16
**marijuana [1]** 9/8
**masks [1]** 16/9
**matter [2]** 4/23 16/7
**mature [1]** 11/20
**may [3]** 8/10 8/18 11/16
**maybe [1]** 8/12
**me [3]** 7/15 11/17 12/15
**medical [2]** 7/4 8/24
**meetings [1]** 11/17
**memo [1]** 9/24
**memorandum [1]** 6/6
**mental [8]** 6/25 7/5 7/24 8/11 8/15 10/19 11/25 14/6
**mentor [1]** 7/9
**mercy [1]** 12/4
**met [4]** 7/14 7/15 7/15 7/17
**MICHAEL [1]** 1/20
**mild [1]** 7/16
**mild-mannered [1]** 7/16
**Miscellaneous [1]** 13/19
**Mitigation [1]** 11/18
**money [1]** 13/12
**MONTES [1]** 1/16
**Montes.......................
.........06 [1]** 3/7
**months [3]** 5/25 9/21 13/9
**more [2]** 10/22 14/1
**most [3]** 6/20 7/3 8/16
**mother [2]** 12/7 12/14
**MR [13]** 1/20 3/8 6/23 7/6 7/11 7/14 7/21 8/3 8/6 8/23 9/11 9/19 10/10
**Mr. [1]** 11/18
**Mr. Lehmann [1]** 11/18
**MS [3]** 1/16 3/7 3/10
**much [1]** 11/14
**must [1]** 14/15
**my [13]** 11/4 11/5 11/8 11/15 11/16 11/17 11/21

11/25 12/7 12/13 14/8 16/7 16/11

## N

**name [2]** 4/7 12/13
**necessary [1]** 10/22
**need [1]** 11/25
**needs [2]** 8/15 10/20
**never [1]** 12/5
**new [1]** 9/4
**night [1]** 12/18
**no [11]** 1/5 4/4 5/17 9/12 11/5 13/12 13/19 13/23 13/25 14/21 14/23
**non [2]** 8/23 14/4
**non-binding [2]** 8/23 14/4
**normal [1]** 11/13
**NORTHERN [4]** 1/2 1/17 1/21 16/18
**not [15]** 5/4 5/7 5/11 5/11 5/12 5/19 6/6 6/7 6/11 8/3 9/9 9/14 10/5 10/7 13/10
**noted [1]** 8/7
**nothing [1]** 5/13
**notice [1]** 14/15
**noticed [1]** 7/13
**now [4]** 4/4 10/14 13/4 14/11
**numbered [1]** 2/8

## O

**O'CONNOR [1]** 1/12
**oath [1]** 12/12
**objection [2]** 9/2 13/21
**objections [2]** 5/16 5/19
**Objections...............05 [1]** 3/4
**odd [1]** 7/11
**off [2]** 7/13 7/19
**offense [2]** 5/23 7/2
**officer's [1]** 5/21
**officers [1]** 11/12
**Official [1]** 16/18

**O**

Okay [1]  5/18
old [1]  11/20
on [15]  3/4 3/6 5/16 6/3
6/9 6/25 7/15 7/22 7/25
10/5 11/1 13/16 13/17 14/16
14/18
once [3]  5/4 5/12 8/4
one [12]  6/1 6/18 7/15
7/19 7/22 7/23 9/9 9/12
9/15 9/19 9/20 10/7
only [2]  6/5 11/3
oOo [1]  4/2
opined [1]  6/24
opinion [1]  8/5
opportunity [2]  11/10 12/15
opposing [1]  10/4
or [12]  5/11 5/16 6/10
7/23 8/3 8/14 8/18 8/19
10/7 10/8 10/21 16/9
order [6]  8/23 9/25 10/7
13/10 13/11 13/19
other [3]  5/1 6/12 7/25
our [7]  5/1 5/3 5/5 5/13
6/6 12/15 12/18
out [4]  4/24 7/19 8/8
11/16
outlined [1]  13/19
over [4]  6/18 8/18 9/15
10/15
overly [1]  11/24
overreaching [1]  11/21
overrule [1]  5/18
own [1]  8/21

**P**

pair [1]  7/18
pandemic [1]  16/8
paragraph [1]  9/12
Part [1]  13/19
participants [1]  16/9
participate [2]  14/2 14/6

pauperis [1]  14/13
pay [2]  13/14 14/13
pending [2]  8/18 10/2
period [1]  13/9
person [2]  12/18 12/22
place [1]  8/8
placed [1]  13/16
placement [1]  14/9
plan [1]  8/1
Plano [1]  8/9
plea [1]  13/6
please [5]  4/8 12/11 12/23
14/16 14/18
plight [1]  10/19
point [3]  9/12 9/15 11/16
policy [2]  9/5 9/18
position [2]  5/12 11/8
positive [1]  13/1
possession [1]  9/8
possible [2]  10/11 11/14
power [1]  10/23
pray [1]  11/12
prescribed [1]  16/13
present [1]  5/15
presentence [3]  4/13 9/13
13/20
previously [1]  9/23
prior [1]  9/7
Prisons [3]  8/21 10/11 13/9
probably [2]  6/20 8/15
probation [1]  5/21
problems [1]  7/12
proceed [1]  14/17
proceedings [3]  15/2 16/6
16/10
process [1]  10/15
processing [1]  7/21
produced [1]  2/9
prognosis [1]  7/4
Program [1]  14/3
proper [1]  11/25
prosecutions [1]  10/12

prosecutor [1]  10/18
prosecutors [1]  6/15
psychologist [2]  6/20 6/21
psychological [1]  6/19
PUBLIC [1]  1/20
punishment [1]  10/22
punitive [1]  8/16
pursuant [1]  13/5
put [2]  7/17 11/7

**R**

raise [1]  12/10
range [4]  5/25 6/1 6/1
9/21
Rather [1]  11/6
RDR [3]  2/2 16/4 16/17
reached [1]  4/24
read [2]  7/18 12/15
reality [1]  7/22
reasons [1]  9/23
receive [4]  4/12 4/18 9/14
11/25
received [1]  6/18
receives [1]  9/12
recent [1]  7/11
recess [1]  15/1
recidivate [1]  8/3
recidivism [1]  8/4
recommend [1]  14/5
recommendation [3]  8/23
14/2 14/4
record [2]  4/7 16/6
reducing [1]  9/20
REED [1]  1/12
reflect [1]  7/8
regard [1]  14/17
regretful [1]  12/3
regrets [1]  12/20
release [4]  6/1 13/16 13/17
13/17
relief [1]  7/25
report [3]  4/13 9/13 13/20
reported [1]  2/8
REPORTER [3]  2/2 2/2

**R**

REPORTER... **[1]**  16/18
Reporter's **[2]**  3/12 16/2
Residential **[1]**  14/3
respectfully **[1]**  10/4
responding **[1]**  11/11
response **[1]**  6/6
restitution **[2]**  13/11 13/12
returned **[1]**  13/13
reurge **[1]**  9/3
review **[1]**  4/15
right **[5]**  5/15 7/15 13/4
 14/11 14/12
risk **[1]**  8/3
RMR **[3]**  2/2 16/4 16/17
robberies **[1]**  5/2
rock **[1]**  7/9
Room **[1]**  1/21
Rule **[3]**  4/21 5/7 5/13
Rule 20 **[2]**  4/21 5/7
Ruling **[1]**  3/4
run **[4]**  8/13 8/14 10/1 10/7
running **[1]**  5/3
runs **[1]**  10/15

**S**

sad **[1]**  12/20
said **[1]**  5/12
same **[1]**  11/20
say **[1]**  12/2
schizophrenia **[2]**  6/24
 7/20
school **[1]**  11/4
second **[1]**  14/3
Section **[2]**  9/4 13/5
sense **[1]**  7/25
sentence **[14]**  3/11 6/8
 6/10 6/11 6/13 8/8 8/24
 9/25 10/1 10/7 10/9 13/4
 13/22 14/12
sentencing **[8]**  1/11 3/6
 4/11 6/4 6/6 9/4 9/19 9/24

serve **[1]**  8/23
services **[3]**  8/11 8/15 14/6
set **[1]**  13/18
Setzer **[2]**  10/5 10/6
shall **[1]**  13/18
Shay **[1]**  11/18
she **[5]**  6/23 6/24 7/3
 12/8 12/8
She's **[1]**  6/20
should **[2]**  5/23 9/5
show **[1]**  12/18
side **[1]**  12/19
sight **[1]**  8/2
Signed **[1]**  16/15
significant **[1]**  6/25
significantly **[1]**  7/4
silent **[1]**  10/6
simple **[1]**  9/7
simply **[2]**  8/17 10/23
sir **[4]**  4/7 11/1 11/2 14/25
situation **[1]**  10/13
slowly **[1]**  10/16
so **[12]**  4/21 5/2 5/4 5/6
 5/7 7/18 8/9 8/18 10/10
 11/10 13/2 16/10
some **[2]**  6/24 16/8
something **[3]**  7/13 7/18
 11/5
son **[1]**  12/22
soon **[1]**  10/11
sorry **[3]**  11/14 12/2 13/12
sort **[2]**  5/5 6/7
speak **[2]**  11/1 12/15
special **[1]**  13/14
Specialist **[1]**  11/18
stability **[1]**  11/22
stacked **[1]**  10/21
stage **[1]**  4/25
standard **[1]**  14/8
stands **[1]**  10/14
start **[1]**  10/14
starting **[1]**  5/2

state **[2]**  4/7 13/4
stated **[1]**  9/23
statement **[2]**  9/5 9/18
Statements **[1]**  3/6
states **[6]**  1/1 1/5 1/12 2/2
 9/5 16/14
stenography **[1]**  2/9
still **[2]**  7/21 12/21
stop **[1]**  11/20
stops **[1]**  5/5
Street **[4]**  1/17 1/21 2/3
 16/20
strongly **[1]**  6/17
styled **[1]**  2/8
such **[2]**  9/10 12/5
suffering **[3]**  6/23 7/20
 7/23
Suite **[1]**  1/17
supervised **[2]**  5/25 13/16
supervision **[1]**  13/18
support **[1]**  12/18
supportive **[2]**  7/7 11/23
sure **[4]**  5/11 11/25 13/2
 14/5
sworn **[1]**  12/11
sympathetic **[1]**  10/18

**T**

take **[1]**  11/10
takes **[2]**  8/19 12/4
Taylor **[1]**  1/21
Telephone **[3]**  1/18 1/22
 2/4
Tentative **[1]**  3/5
term **[1]**  13/17
terms **[1]**  13/18
TEXAS **[11]**  1/2 1/6 1/17
 1/18 1/21 1/22 2/3 8/10
 10/3 16/18 16/20
than **[2]**  6/12 10/22
Thank **[12]**  4/10 6/14 6/16
 10/24 10/25 12/6 12/9
 12/14 13/2 13/3 14/10

# T

Thank... **[1]** 14/24
that **[62]**
That's **[1]** 8/15
their **[2]** 5/2 8/13
them **[1]** 5/9
then **[3]** 5/13 7/17 9/22
there **[5]** 6/7 7/14 10/17 13/12 13/21
there's **[4]** 5/13 7/25 8/2 8/8
thereby **[1]** 9/20
therefore **[2]** 9/1 9/17
these **[4]** 4/18 5/20 6/25 10/11
they **[10]** 4/24 4/25 5/2 5/4 5/4 5/7 5/12 5/12 5/23 8/14
this **[18]**
those **[5]** 4/15 5/1 5/18 10/24 16/13
though **[1]** 7/3
thoughts **[1]** 11/21
three **[2]** 6/1 13/17
through **[3]** 10/2 11/8 11/19
tied **[1]** 5/13
time **[3]** 5/3 6/24 11/15
Title **[1]** 13/5
today **[3]** 8/8 9/24 11/15
together **[2]** 7/17 12/19
Total **[1]** 5/23
transcribed **[1]** 16/10
transcript **[3]** 1/11 16/5 16/12
transfer **[1]** 4/22
traveled **[1]** 12/17
treatable **[1]** 8/4
treated **[1]** 8/4
treatment **[5]** 8/1 8/7 10/20 11/25 14/6
troubling **[1]** 7/22
true **[1]** 16/5

tunnel **[1]** 8/2
twice **[1]** 10/15
two **[2]** 9/20 14/1

# U

U.S **[1]** 1/16
U.S.C **[1]** 13/5
unable **[1]** 14/13
unaffected **[1]** 11/13
under **[2]** 9/4 9/18
unfolded **[1]** 11/5
Unfortunately **[1]** 8/6
unimposed **[1]** 10/1
UNITED **[5]** 1/1 1/5 1/12 2/2 16/14
up **[3]** 7/18 11/3 12/9
upon **[3]** 8/5 8/7 13/16
urge **[3]** 6/17 9/17 9/25
urging **[1]** 9/6

# V

variance **[3]** 9/2 9/3 9/7
vary **[2]** 6/18 9/22
very **[7]** 4/25 6/14 7/7 7/16 7/17 11/23 11/24
via **[1]** 16/9
videoconferencing **[1]** 16/10
VOLUME **[1]** 1/11

# W

was **[14]** 2/8 4/25 5/9 7/1 7/13 7/14 7/17 7/18 9/10 11/5 11/8 11/15 11/19 12/12
way **[2]** 5/5 12/17
we **[36]**
we've **[1]** 12/19
wearing **[1]** 16/9
week **[2]** 6/18 7/19
well **[3]** 4/19 7/6 7/8
well-chronicled **[1]** 7/8
were **[11]** 4/25 5/2 5/3 5/4 5/11 5/12 5/13 6/7

9/14 11/12 16/10
what **[3]** 8/17 10/23 11/16 12/20 12/21
when **[4]** 4/23 7/14 8/6 11/4
where **[1]** 8/10
Whereas **[1]** 5/3
whether **[1]** 10/7
While **[1]** 13/17
who **[2]** 7/17 10/18
whom **[1]** 11/23
why **[2]** 4/21 7/19
wild **[1]** 11/6
will **[8]** 8/3 8/9 10/1 13/4 13/7 14/5 14/7 14/8
WILLIAMS **[4]** 2/2 16/4 16/17 16/17
wish **[4]** 5/15 6/3 11/1 14/17
within **[1]** 14/16
without **[1]** 8/11
Word **[1]** 3/13
worked **[1]** 6/21
working **[1]** 11/13
worse **[1]** 8/18
WORTH **[8]** 1/3 1/6 1/18 1/22 2/3 14/4 16/19 16/20
would **[15]** 4/7 5/11 9/10 9/15 9/17 9/22 10/12 10/23 11/2 11/10 12/2 12/8 12/10 14/1 14/2
wouldn't **[1]** 4/21
wrong **[1]** 12/21

# Y

year **[4]** 8/12 8/12 8/18 8/18
years **[5]** 6/1 6/22 7/11 9/11 13/17
yes **[5]** 4/14 4/17 4/20 5/10 11/2
yet **[4]** 6/11 10/1 10/8 10/14

**Y**

**yet-to-be-imposed [1]**
10/8

**you [27]**

**you've [1]** 12/15

**young [1]** 12/22

**your [27]**

**yourself [1]** 7/23

**Z**

**ZOIE [4]** 2/2 16/4 16/17
16/17

**zwilliams.rmr [2]** 2/4 16/21